UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL DOUGLAS JOHNSON,

    Plaintiff,

v.                                             Case No. 5:15cv244/LC/CJK

JASON STAFFORD, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated February 18, 2016 (doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

After reviewing the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 16) is adopted and incorporated by reference in this order.

2.  This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 21st day of March, 2016.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**